UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jacob Bergman
    *Plaintiff*,
    *v.*

Stephen Baris, et al
    *Defendant.*

Docket No. 14-cv-853 (JBA)

ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court=s file), they may move to re-open the case by November 14, 2016.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

                       IT IS SO ORDERED.

                       /s/ Janet Bond Arterton
                       Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 13th day of September 2016.